```
                    UNITED STATES BANKRUPTCY COURT
                       NORTHERN DISTRICT OF IOWA

IN RE:                            )    CHAPTER 7
                                  )    CASE NO. 10-03055-M
CHERRY J. TORDOFF,                )
                                  )
                                  )
                                  )
                                  )    U.S. TRUSTEE'S MOTION FOR
                                  )    ORDER DIRECTING BANKRUPTCY
                                  )    PETITION PREPARER TO AMEND
                                  )    DISCLOSURE OF COMPENSATION AND
            Debtor.               )    SIGN REQUIRED DECLARATIONS
```

The U.S. Trustee respectfully moves the court for an order directing the bankruptcy petition preparer ("BPP") in this case to amend her disclosure of compensation and sign the required declarations in the petition, schedules, and statements. In support of this motion, the undersigned states as follows:

1. Cherry J. Tordoff ("debtor") filed her voluntary chapter 7 petition on November 10, 2010 (doc. 1). She is not represented by counsel.

2. Page 3 of the petition states that debtor's documents were prepared by BPP Barbara Miller, 2402 Country Club Drive, Pearland, TX 77581.

3. Ms. Miller filed a disclosure of compensation on November 10, 2010 (doc. 6). It does not identify her fee in this case. The disclosure refers to an unidentified third party as the source of compensation paid or promised to Ms. Miller.

4. The disclosure should be amended to show the amount and source of all compensation paid or payable to BPP Miller. She should be directed to sign both pages of that document.

5.  Ms. Miller did not sign the required declarations at pages 3, 9, and 34 of debtor's petition, schedules, and statements (doc. 1). The court should direct her to do so. Such signatures are required by 11 U.S.C. § 110(b)(1).[1] Failure to provide them is sanctionable under § 110(i).

6.  Any payments made to Ms. Miller during the one-year period prior to filing should be shown in response to item 9 in the statement of financial affairs.

Wherefore, the U.S. Trustee respectfully moves the court for an order directing BPP Barbara Miller to amend her disclosure of compensation and sign the required declarations by a date certain.

Dated this 10th day of November, 2010.

                                      Habbo G. Fokkena
                                      United States Trustee
                                      Region 12

                                      By: */s/ John F. Schmillen*
                                          John F. Schmillen, ID 76543
                                          Trial Attorney
                                          Law Building, Suite 400
                                          225 Second Street S.E.
                                          Cedar Rapids, IA 52401
                                          (319)/364-2211 fax 364-7370

---

[1] The statute provides in part that "[a] bankruptcy petition preparer who prepares a document for filing shall sign the document and print on the document the preparer's name and address."

2

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that copies of this document were served on the parties listed below by electronic mail or first-class mail, postage prepaid, on November 10, 2010:

    Cherry J. Tordoff
    David A. Sergeant
    Parties requesting notice pursuant to Bankruptcy Rule 2002
    Barbara Miller, 2402 Country Club Drive, Pearland, TX 77581

                                               */s/ John F. Schmillen*
                                               John F. Schmillen