UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | CASE NO. 10-03055-M |
| CHERRY J. TORDOFF, ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | U.S. TRUSTEE'S MOTION FOR |
| Debtor. ) | TELEPHONIC SHOW CAUSE HEARING |

The U.S. Trustee respectfully moves the court for an order (i) setting a telephonic show cause hearing in this case, and (ii) directing bankruptcy petition preparer Barbara Miller to provide the court with a telephone number where she can be reached for the hearing. In support of this motion, the undersigned states as follows:

    1. On November 15, 2010, the court entered an order directing Ms. Miller to amend her disclosure of compensation and sign the required declarations at pages 3, 9, and 34 of debtor's petition, schedules, and statements (doc. 13).

    2. Under the terms of the order, the specified documents were due to be filed by no later than November 30, 2010.

    3. As reflected in the certificate of service filed November 16, 2010 (doc. 14), the undersigned mailed a copy of the order to Ms. Miller on November 15, 2010.

    4. Ms. Miller has not complied with the order or requested additional time to respond.

5. Ms. Miller has not complied with the requirements of 11 U.S.C. §§ 110(b)(1) and 110(h)(2). The court should schedule a telephonic show cause hearing to determine if sanctions are warranted. Such sanctions may include forfeiture of compensation, fines, or injunctive relief. See §§ 110(h)(3)(B), 110(i), and 110(j).

Wherefore, the U.S. Trustee respectfully moves the court for an order (i) setting a telephonic show cause hearing in this case, and (ii) directing Ms. Miller to provide the court with a telephone number where she can be reached for the hearing.

Dated this 2nd day of December, 2010.

        Habbo G. Fokkena
        United States Trustee
        Region 12

        By: */s/ John F. Schmillen*
            John F. Schmillen, ID 76543
            Trial Attorney
            Law Building, Suite 400
            225 Second Street S.E.
            Cedar Rapids, IA 52401
            (319)/364-2211 fax 364-7370

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that copies of this document were served on the parties listed below by first-class mail, postage prepaid, on December 2, 2010:

```
Barbara Miller
2402 Country Club Drive
Pearland, TX 77581

Cherry J. Tordoff
705 Water Street
Alden, IA 50006-8436

David A. Sergeant
1728 Central Avenue, Ste. 3
Fort Dodge, IA 50501
```

                                           _/s/ John F. Schmillen_
                                           John F. Schmillen