IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | ) |
| | ) Chapter 7 |
| CHERRY J. TORDOFF, | ) |
| | ) Bankruptcy No. 10-03055 |
| | ) |
| Debtor(s). | ) |

## ORDER OF DISMISSAL

The Court entered an order on December 1, 2010 giving Debtor to and including December 15, 2010 within which to file payment advices. The Court has reviewed the file and, to date, said payment advices have not been filed.

**WHEREFORE**, this case is DISMISSED for Debtor's failure to comply with the Court's order of December 1, 2010.

Dated and Entered: December 22, 2010.

_____
Thad J. Collins
Chief Bankruptcy Judge